**Order entered April 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00031-CV

### JOY JACKSON-ATKINS, Appellant

### V.

### FREDERICK L. ATKINS, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-02571**

## ORDER

The reporter's record in this case is overdue. By postcard dated March 4, 2014, we notified the Court Reporter that the reporter's record was overdue. We directed the Court Reporter to file the record within thirty days. To date, the reporter's record has not been filed.

We **ORDER** Glenda Johnson, Official Court Reporter for the 256th Judicial District Court, to file, within **TEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not paid or made arrangements to pay for the record. *We notify appellant that if we receive verification she has not requested, paid for, or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to :

Glenda Johnson
Official Court Reporter, 256th Judicial District Court.
.

        /s/     CAROLYN WRIGHT
                    CHIEF JUSTICE